**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-60021

JULIE F. TOCHE; DANIEL B. TOCHE,

Plaintiffs-Appellants,

VERSUS

TENET HEALTH CARE CORP., ETC., ET AL.,

Defendants,

TENET HEALTH CARE CORP., ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
1:98-CV-278-GR

March 9, 2001

Before FARRIS[*], JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[**]

The judgment of the district court is AFFIRMED. See 5th Circuit Rule 47.6.

_____

[*]Circuit Judge of the Ninth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.